# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BRIAN SAUERWINE,          :   No. 108 MM 2017

         Petitioner        :

        :

         v.          :

        :

COMMONWEALTH OF PENNSYLVANIA,   :

         Respondent       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.